IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHELLE M. PATTERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-cv-2461 EFM/GLR |
| | ) |
| SHARON LANE HEALTH SERVICES, LLC [sic], | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michelle M. Patterson and Defendant Sharon Lane Health Services hereby stipulate and agree that this matter should be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron J. Racine | /s/Justin M. Dean |
| Aaron J. Racine, Kansas No. 17948 | Justin M. Dean, Kansas No. 19636 |
| MONACO, SANDERS, GOTFREDSON, RACINE & BARBER, L.C. | R. Evan Jarrold, Kansas No. 78389 |
| | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 1411 E. 104th Street, Suite 100 | 4520 Main Street, Suite 400 |
| Kansas City, Missouri  64131 | Kansas City, Missouri 64111 |
| Ph: 816-523-2400 | Ph. 816.471.1301 |
| Fax: 816-942-0006 | Fax: 816.471.1303 |
| ajracine@kcattorneys.net | Justin.Dean@Ogletreedeakins.com |
| | Evan.Jarrold@Ogletreedeakins.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT SHARON LANE HEALTH SERVICES** |

14266347.1